**Brian FOLK, Respondent,**

v.

**Sean OLSEN, Appellant.**

**No. WD 67973.**

Missouri Court of Appeals, Western District.

June 30, 2008.

Silas W. Longan, III, Esq., Olathe, KS, for appellant.

Lara Merielle Owens, Esq., Kansas City, MO, for respondent.

Before: HOWARD, C.J., HARDWICK, and WELSH, JJ.

### ORDER

PER CURIAM.

Sean Olsen appeals from a judgment in favor of Brian Folk on conversion and replevin claims. For reasons explained in a Memorandum provided to the parties, we

affirm the circuit court's judgment. Rule 84.16(b).